1
2
3
4
5
6
7

8         **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BERNARD TAYLOR,                        No. CIV S-07-2728-GEB-CMK-P

12              Plaintiff,

13         vs.                               <u>ORDER</u>

14    DEPARTMENT OF CORRECTIONS
      AND REHABILITATION, et al.,
15
                Defendants.
16    _____/

17         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1), filed on

19    December 18, 2007.  The court is required to screen complaints brought by prisoners seeking

20    relief against a governmental entity or officer or employee of a governmental entity.  <u>See</u> 28

21    U.S.C. § 1915A(a).

22         Plaintiff claims that defendant Cortelli has denied him access to the court by

23    failing to return his legal documents to him.  The complaint appears to state a cognizable claim

24    for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven,

25    plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore,

26    finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment

1

of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff

complies with this order.  Plaintiff is warned that failure to comply with this order may result in

dismissal of the action.  See Local Rule 11-110.

                Accordingly, IT IS HEREBY ORDERED that:

                1.     The court authorizes service on the following defendant(s):

                        Correctional Officer Cortelli;

                2.     The Clerk of the Court shall send plaintiff one USM-285 form the

defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed

December 18, 2007; and

                3.     Within 30 days of the date of service of this order, plaintiff shall complete

the attached Notice of Submission of Documents and submit the following documents to the

court:

                        a.     The completed Notice of Submission of Documents;

                        b.     One completed summons;

                        c.     One completed USM-285 form(s); and

                        d.     Two copies of the endorsed complaint filed December 18, 2007.

DATED:  April 21, 2008

                                        _____
                                       **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   BERNARD TAYLOR,                    No. CIV S-07-2728-GEB-CMK-P

10              Plaintiff,

11      vs.                            <u>ORDER</u>

12  DEPARTMENT OF CORRECTIONS

13  AND REHABILITATION, et al.,

14

15              Defendants.

16  _____/

17                  <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

18              Plaintiff hereby submits the following documents in compliance with the court's

19  order:

20          <u>  1  </u>          completed summons form;

21          _____          completed USM-285 form(s); and

22          _____          copies of the complaint filed on December 18, 2007.

23

24  DATED: _____          _____

25                                     Plaintiff

26

3